USDC SCAN INDEX SHEET










```
GEP    9/13/04    14:41
3:04-CV-01808   KILGRORE V. PORT OF SAN DIEGO
*2*
*SM.*
```

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

04 SEP -9 PM 12:17

Ronald Lee Kilgore
RONALD LEE vs KILGORE

Port of San Diego
Officer Hoover, Harbor P.D.
Karen Willows
Star Towing Co.

SUMMONS IN A CIVIL ACTION
Case No.             DEPUTY

'04 CV 1808 IEG   (JMA)

TO: (Name and Address of Defendant)

STAR TOWING CO.

PORT OF SAN DIEGO —
OFFICER HOOVER HARBOR P.D. — Harbor Drive SD, CA
Karen Willows # 4375 Voltaire St, SD, CA 92107

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ronald Lee Kilgore
PH   Ronald Lee Kilgore   P.O. Office Box 7780
619-857-2531   SD, CA 92107  P.O. SD 92167

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SEP 09 2004

W. Samuel Hamrick, Jr.
CLERK                                          DATE

G. CASARES
By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)